## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-21112-BLOOM/Elfenbein

JASON KARPIEL, *individually and
on behalf of all other similarly situated*,

      Plaintiff,

v.

FRL AUTOMOTIVE LLC, *d/b/a*
TOYOTA OF NORTH MIAMI,

      Defendant.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal, ECF No. [43] ("Stipulation"), filed on September 30, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [43]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-21112-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 1, 2025.

BETH BLOOM
**UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record